COMMONWEALTH of Pennsylvania, Appellant,

v.

**Robert A. WERNER, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

James B. Martin, Dist. Atty., Kelly B. Waldron, Asst. Dist. Atty., for Com.

Richard Long, Public Defender, Glenn M. Goodge, Asst. Public Defender, for Robert Werner.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Lehigh County Court of Common Pleas dated November 20, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.

COMMONWEALTH of Pennsylvania, Appellee,

v.

**Thomas WOLFF, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Wallace H. Bateman, Perkasie, for Thomas Wolff.

Alan M. Rubenstein, Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Bucks County Court of Common Pleas dated April 15, 1998. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.